IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) Case No. 7:25-cv-241 |
| CALVIN A. PHELPS, *et al.*, | ) |
| Defendants. | ) |

**ORDER**

Upon the joint motion of the United States of America and the County of New Hanover, and in consideration of any response thereto and the entire record in this case, and for good cause shown, it is hereby

ORDERED that the motion for summary judgment filed by the County of New Hanover is hereby WITHDRAWN; and further

ORDERED that the United States of America and the County of New Hanover's stipulation is hereby ADOPTED.

SO ORDERED.

Date: 4-28-25

The Honorable Terrence W. Boyle
United States District Judge

1